

Signed and Filed: April 4, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-30668-DM |
| NARIMAN SEYED TEYMOURIAN, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| HU-HAN TWO LLC, | ) Adversary Proceeding |
| | ) No. 24-03003-DM |
| Plaintiff, | ) |
| | ) Date: April 26, 2024 |
| v. | ) Time: 1:30 PM |
| | ) Via Video/Teleconference |
| NARIMAN SEYED TEYMOURIAN, | ) www.canb.uscourts.gov/calendars |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**ORDER CONTINUING SCHEDULING CONFERENCE**

There were no appearances by plaintiff and defendant at the scheduling conference held on March 29, 2024. Therefore, it is hereby ORDERED that the scheduling conference is continued to April 26, 2024, at 1:30 PM.

All hearings will be conducted by telephone or video conference unless otherwise noted. Please review the specific

-1-

calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If parties have questions about how to participate in a video or telephonic hearing, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at https://www.canb.uscourts.gov/.

**END OF ORDER**

-2-

<u>COURT SERVICE LIST</u>

Nariman Seyed Teymourian
66 Barry Ln.
Atherton, CA 90247