Entered on Docket
January 23, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 23, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>             Debtor.<br>_____<br>HU-HAN TWO LLC,<br><br>             Plaintiff,<br><br>v.<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>             Defendant.<br>_____ | Bankruptcy Case<br>No. 23-30668-DM<br><br>Chapter 7<br><br><br><br><br><br>Adversary Proceeding<br>No. 24-03003-DM<br><br>Date:  March 28, 2025<br>Time:  1:30 PM<br>Via Zoom Webinar<br>www.canb.uscourts.gov/calendars |

**ORDER CONTINUING SCHEDULING CONFERENCE**

    IT IS HEREBY ORDERED that the scheduling conference set on January 31, 2025, at 1:30 PM is continued to March 28, 2025, at 1:30 PM to trail the continued scheduling conference in *Little v. Teymourian*, Adv. Proc. No. 24-03027.

    All hearings will be conducted by video conference unless otherwise noted.  Please review the specific calendar page (pdf)

-1-

posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If parties have questions about how to participate in a video hearing, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at https://www.canb.uscourts.gov/.

**END OF ORDER**

<u>COURT SERVICE LIST</u>

Nariman Seyed Teymourian
66 Barry Ln.
Atherton, CA 90247

Nariman Seyed Teymourian
125 Greenley Road
New Canaan, CT 06840

Case: 24-03003    Doc# 14    Filed: 01/23/25    Entered: 01/23/25 13:45:35    Page 3 of 3