Entered on Docket
March 19, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 19, 2025**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>        Debtor.<br>_____<br>HU-HAN TWO LLC,<br><br>        Plaintiff,<br>v.<br><br>NARIMAN SEYED TEYMOURIAN,<br><br>        Defendant.<br>_____ | Bankruptcy Case<br>No. 23-30668-DM<br><br>Chapter 7<br><br><br><br><br><br>Adversary Proceeding<br>No. 24-03003-DM<br><br>Date: May 30, 2025<br>Time: 1:30 PM<br>Via Zoom Webinar<br>www.canb.uscourts.gov/calendars |

**ORDER CONTINUING SCHEDULING CONFERENCE**

    IT IS HEREBY ORDERED that the scheduling conference set on March 28, 2025, at 1:30 PM is continued to May 30, 2025, at 1:30 PM to trail the continued scheduling conference in *Little v. Teymourian*, Adv. Proc. No. 24-03027.

    All hearings will be conducted by video conference unless otherwise noted.  Please review the specific calendar page (pdf)

posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video hearing. If parties have questions about how to participate in a video hearing, they may contact the court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website at https://www.canb.uscourts.gov/.

**END OF ORDER**

COURT SERVICE LIST

Nariman Seyed Teymourian
66 Barry Ln.
Atherton, CA 90247

Nariman Seyed Teymourian
125 Greenley Road
New Canaan, CT 06840